**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**WILLIAM R. BRYANT**                                                                                        **PLAINTIFF**

**V.**                                                                        **CIVIL ACTION NO. 3:04cv421-TSL-AGN**

**FIRST AMERICAN CREDCO, et al.**                                                          **DEFENDANTS**

AGREED FINAL JUDGMENT
OF DISMISSAL WITH PREJUDICE

CAME BEFORE THE COURT, the joint *ore tenus* motion of all the Parties to this Action, for entry of this Agreed Final Judgment of Dismissal with Prejudice.  The Parties have represented to the Court that they have compromised and settled all of Plaintiff's claims in this suit to their respective satisfaction. Accordingly, this Court FINDS that the motion for entry of a judgment of dismissal with prejudice is well-taken.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1)      All of Plaintiff's claims which were asserted, or which could have been asserted, in this Action are dismissed with prejudice;

(2)      This Court maintains jurisdiction over this matter for the sole purpose of enforcing the settlement agreement between the Parties, which is hereby incorporated by reference; and

(3)      Each Party shall bear his, her or its own costs, expenses and attorneys' fees.

SO ORDERED, this the  28th  day of November,  2005.


                                          /s/ Tom S. Lee
                                          UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s Benjamin M. Watson
BENJAMIN M. WATSON (MB #100078)
COUNSEL FOR FIRST AMERICAN CREDCO